UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § CRIMINAL NO: **13 CR 597** |
| v. | § SEALED |
| EDGAR ALONZO BENITEZ aka Chaparro | § § § § § § § § § § § § § § § |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

EDGAR ALONZO BENITEZ aka Chaparro

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on September 19, 2013.

George C. Hanks
UNITED STATES MAGISTRATE JUDGE