# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

**SEALED**

**13 CR 597**

UNITED STATES OF AMERICA

§
§
§

vs.

§
§
§
§
§
§
§
§   **SEALED**
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

6.  **EDGAR ALONZO BENITEZ (Counts 1, 2, 13, 25, 26)**
    *aka Chaparro*

9.  **MARIO ALBERTO GONZALEZ (Counts 1-4, 7, 13-15, 17-19)**
    *aka Cookie*

13.  **ROSENDO GUERRA  (Counts 1, 2, 25-26)**
    *aka Gordo, aka Rosendo Guerra-Barrera*

16.  **JOSE CESARIO GOMEZ     (Counts 1, 2, 9, 11-12, 16)**
    *aka Gordo*

17.  **ROBERTO GOMEZ-HERNANDEZ (Counts 1, 2, 9, 12, 16)**
    *aka Taco*

19.  **SEVERO GARZA, Jr. (Counts 1, 2, 5-6, 10, 13-15)**
    *aka Capi, aka Manuel Antonio HERNANDEZ-Melendez*

20. **GILBERTO MIRANDA PRADO**    (Counts 1, 2, 20-21)      §
    *aka Cuate*                                             §
21. **JUAN OSCAR RODRIGUEZ** (Counts 1, 2, 3-6, 13-15)      §
    **aka** *Cuatro*                                        §
22. **ROBERTO NERI VILLARREAL** (Counts 1-3, 5-6, 2, 31)    §
    *aka Lagrima*                                           §
23. **RAMON BUSTAMANTE** (Counts 1, 2, 14-15)               §
    *aka Mocho*                                             §
24. **DONACIANO LOPEZ**  (Counts 1, 2, 13-14)               §
    *aka Chanis*                                            §
25. **JOSE GUADALUPE GOMEZ-HERNANDEZ**                      §
    *aka Lupe*                (Counts 1, 2, 12, 16, 29)     §
26. **JULIO CESAR LERMA**      (Counts 1, 2, 20, 29-30)     §
    *aka Licenciado*                                        §
27. **JOSE ELADIO BENITEZ**    (Counts 1, 2, 25-26)         §
    *aka Pipo*                                              §
28. **OSCAR BOBADILLA**        (Counts 1, 2,20, 22)         §
    *aka Celestino AYALA-Perez, aka Oscar Valdivia*         §
29. **ORLANDO HERNANDEZ**  (Counts 1, 2,23-24, 27-28)       §
    *aka Gordo*                                             §
30. **RAFAEL R. RODRIGUEZ**   (Counts 1-4, 7, 13, 18-19)    §
    *aka Rafa*                                              §
31. **KRISTOPHER RYAN ONEAL** (Counts 1-3, 7, 13)           §
32. **HECTOR DAVILA CORTINA** (Counts 1, 2, 7, 14)          §
33. **WILL TOM FOLLIS** (Counts 1, 2, 5)                    §
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                                      §
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                                §
35. **ROBERT STATDLER MITCHELL** (Counts 1, 2, 9, 11-12)    §
36.  **SAMUEL CAINE JORDAN** (Counts 1, 2, 4, 7, 18-19)     §
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   §
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   §
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   §
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   §
40. **CARLOS ERICK GAONA** (Counts 1-2, 5-6, 8)             §
41. **JOSE SEPULVEDA**        (Counts 1-2, 25-26)           §
42. **JESUS ANGEL BENITEZ**  (Counts 1-2, 25-26)            §
    *aka Chuy*                                              §
    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉                           §
44. **FERNANDO ADRIAN TORRES**   (Counts 1-3, 5, 14-15)     §
    *aka Pelon*                                             §

| 45. | **FNU LNU** *aka Big UM* | **(Counts 1, 3, 5-6)** | § |
| 46. | **JORGE ENRIQUE GONZALEZ** | **(Counts 1-2, 19)** | § |
| 47. | **LYDEA GONZALEZ** | **(Counts 1-2, 19)** | § |
| 48. | **JORGE LUIS GONZALEZ** | **(Counts 1-2, 19)** | § |
| 49. | **RICHARD JAMES WHITE** | **(Counts 1, 12)** | § |
| | | | § |
| | | | § |
| | | | § |
| | | | § |
| 52. | **MARIA DEL PILAR TREVINO** | **(Counts 1-2, 20)** | § |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
### *[21 U.S.C. §846 - Conspiracy to Possess With Intent to Distribute a Controlled Substance]*

From on or about May 19, 2010, and continuing thereafter up to and including the date of this

indictment, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court,

the defendants,



**EDGAR ALONZO BENITEZ aka Chaparro**

**MARIO ALBERTO GONZALEZ aka Cookie**

**ROSENDO GUERRA aka Gordo, aka Rosendo Guerra-Barrera**

**JOSE CESARIO GOMEZ aka Gordo**
**ROBERTO GOMEZ-HERNANDEZ aka Taco**

3

████████████████

**SEVERO GARZA, Jr., aka Capi, aka Manuel Antonio HERNANDEZ-Melendez**
**GILBERTO MIRANDA PRADO aka Cuate**
**JUAN OSCAR RODRIGUEZ aka Cuatro**
**ROBERTO NERI VILLARREAL aka Lagrima**
**RAMON BUSTAMANTE aka Mocho**
**DONACIANO LOPEZ aka Chanis**
**JOSE GUADALUPE GOMEZ-HERNANDEZ aka Lupe**
**JULIO CESAR LERMA aka Licenciado**
**JOSE ELADIO BENITEZ aka Pipo**
**OSCAR BOBADILLA aka Celestino AYALA-Perez, aka Oscar Valdivia**
**ORLANDO HERNANDEZ aka Gordo**
**RAFAEL R. RODRIGUEZ aka Rafa**
**KRISTOPHER RYAN ONEAL**
**HECTOR DAVILA CORTINA**
**WILL TOM FOLLIS aka Rojo, aka Red**

████████████████

**ROBERT STATDLER MITCHELL**
**SAMUEL CAINE JORDAN aka Uncle Sam**

████████████████████████████████████

**CARLOS ERICK GAONA**
**JOSE SEPULVEDA**
**JESUS ANGEL BENITEZ aka Chuy**

████████████

**FERNANDO ADRIAN TORRES aka Pelon**
**FNU LNU aka Big UM**
**JORGE ENRIQUE GONZALEZ**
**LYDEA GONZALEZ**
**JORGE LUIS GONZALEZ**
**RICHARD JAMES WHITE**

████████████████████████████████

**MARIA DEL PILAR TREVINO**

did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with others

known and unknown to the Grand Jury, to commit an offense defined in Title 21, United States

Code, §841, namely, to possess with intent to distribute a controlled substance. The overall scope

of the conspiracy involved one thousand (1000) kilograms or more of a mixture or substance

4

containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of

Title 21, United States Code, §§§ 841(a)(1), 841(b)(1)(A)(vii) and 846.

### COUNT TWO
*[18 U.S.C. §1956 - Conspiracy to Launder Monetary Instruments]*

From on or about May 19, 2010, and continuing thereafter up to and including the date of this

indictment, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court,

the defendants,



**EDGAR ALONZO BENITEZ aka Chaparro**

**MARIO ALBERTO GONZALEZ aka Cookie**

**ROSENDO GUERRA aka Gordo, aka Rosendo Guerra-Barrera**

**JOSE CESARIO GOMEZ aka Gordo**
**ROBERTO GOMEZ-HERNANDEZ aka Taco**
**SEVERO GARZA, Jr., aka Capi, aka Manuel Antonio Hernandez-Melendez**
**GILBERTO MIRANDA PRADO aka Cuate**
**JUAN OSCAR RODRIGUEZ aka Cuatro**
**ROBERTO NERI VILLARREAL aka Lagrima**
**RAMON BUSTAMANTE aka Mocho**
**DONACIANO LOPEZ aka Chanis**
**JOSE GUADALUPE GOMEZ-HERNANDEZ aka Lupe**
**JULIO CESAR LERMA aka Licenciado**
**JOSE ELADIO BENITEZ aka Pipo**
**OSCAR BOBADILLA aka Celestino AYALA-Perez, aka Oscar Valdivia**
**ORLANDO HERNANDEZ aka Gordo**

**RAFAEL R. RODRIGUEZ aka Rafa**
**KRISTOPHER RYAN ONEAL**
**HECTOR DAVILA CORTINA**
**WILL TOM FOLLIS aka Rojo, aka Red**
**ROBERT STATDLER MITCHELL**
**SAMUEL CAINE JORDAN aka Uncle Sam**

████████████████████████████████████

**CARLOS ERICK GAONA**
**JOSE SEPULVEDA**
**JESUS ANGEL BENITEZ aka Chuy**

████████████████████████████████████

**FERNANDO ADRIAN TORRES aka Pelon**
**JORGE ENRIQUE GONZALEZ**
**LYDEA GONZALEZ**
**JORGE LUIS GONZALEZ**

████████████████████████████████████

**MARIA DEL PILAR TREVINO**

did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together

and with persons known and unknown to the grand jury, to transport, transmit, transfer and

attempt to transport, transmit and transfer a monetary instrument and funds from a place in the

United States to a place outside the United States, to wit: Mexico, with the intent to promote the

carrying on of a specified unlawful activity, and which transactions, in fact, involved the

proceeds of illegal drug trafficking as specified in 21 U.S.C. § 841 (a)( 1) and as more fully

alleged in Count 1 of the indictment, and knowing that the monetary instrument and funds

involved in the transportation, transmission, and transfer represented the proceeds of the

specified unlawful activity and knowing that such transportation, transmission, and transfer was

designed in whole or in part to conceal and disguise the nature, the location, the source, the

ownership, and the control of the proceeds of said specified unlawful activity, all in violation of

18 U.S.C. §§1956 (a)(2)(A) and (a)(2)(B)(i), and 1956(h)] and Title 18, United States Code, §2.

6

## COUNT THREE
### *[21 U.S.C. §841- Possession With Intent to Distribute;*

From on or about October 7, 2010, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**MARIO ALBERTO GONZALEZ aka Cookie**
**JUAN OSCAR RODRIGUEZ aka Cuatro**
**ROBERTO NERI VILLARREAL aka Lagrima**
**RAFAEL R. RODRIGUEZ aka Rafa**
~~KRISTOPHER RYAN ONEAL~~

**FERNANDO ADRIAN TORRES aka Pelon**
**FNU LNU aka BIG UM ,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

## COUNT FOUR
### *[21 U.S.C. §841- Possession With Intent to Distribute]*

From on or about October 12, 2010, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**MARIO ALBERTO GONZALEZ aka Cookie**
**JUAN OSCAR RODRIGUEZ aka Cuatro**
**RAFAEL R. RODRIGUEZ aka Rafa**
**SAMUEL CAINE JORDAN aka Uncle Sam**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved less than fifty (50) kilograms or more of a

mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(D) and

Title 18, United States Code, §2.

**COUNT FIVE**
***[21 U.S.C. §841- Possession With Intent to Distribute]***

From on or about November 19, 2010, in the Southern District of Texas and elsewhere,

and within the jurisdiction of this Court, the defendants,

**SEVERO GARZA, Jr., aka Capi, aka Manuel Antonio Hernandez-Melendez**
**JUAN OSCAR RODRIGUEZ aka Cuatro**
**ROBERTO NERI VILLARREAL aka Lagrima**
**WILL TOM FOLLIS aka Rojo aka Red**
█████████████

**CARLOS ERICK GAONA**
**FERNANDO ADRIAN TORRES aka Pelon**
**FNU LNU aka BIG UM**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute

a controlled substance.  This violation involved one hundred (100) kilograms or more of a

mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and

Title 18, United States Code, §2.

**COUNT SIX**
***[21 U.S.C. §841- Possession With Intent to Distribute]***

From on or about November 29, 2010, in the Southern District of Texas and elsewhere,

and within the jurisdiction of this Court, the defendants,

█████████████

**SEVERO GARZA, Jr., aka Capi, aka Manuel Antonio Hernandez-Melendez**
**JUAN OSCAR RODRIGUEZ aka Cuatro**
**ROBERTO NERI VILLARREAL aka Lagrima**

**CARLOS ERICK GAONA**

███████████████████████████████████

**FNU LNU aka BIG UM**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute

a controlled substance.  This violation involved one hundred (100) kilograms or more of a

mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and

Title 18, United States Code, §2.

## COUNT SEVEN
### *[18 U.S.C. §1956 - Laundering of Monetary Instruments]*

From on or about December 6, 2010, in the Southern District of Texas and elsewhere, and

within the jurisdiction of this Court, the defendants,

**MARIO ALBERTO GONZALEZ aka Cookie**
**RAFAEL R. RODRIGUEZ aka Rafa**
**KRISTOPHER RYAN ONEAL**
**HECTOR DAVILA CORTINA**
**SAMUEL CAINE JORDAN aka Uncle Sam**

███████████████████████████████████

did knowingly and intentionally, aid, abet and assist each other to transport, transmit, and transfer

and attempt to transport, transmit and transfer a monetary instrument and funds from a place in

the United States to the Republic of Mexico with the intent to promote the carrying on a

specified unlawful activity and knowing that the monetary instruments and funds involved in the

transportation, transmission and transfer represent the proceeds of some form of unlawful activity

and knowing that such transportation, transmission, and transfer was designed in whole or in part

to conceal and disguise the nature, the location, the source, the ownership, and the control of the

proceeds of said specified unlawful activity, all in violation of 18 U.S.C. §§1956 (a)(2)(A),

(a)(2)(B)(i) and Title 18, United States Code, §2.

## COUNT EIGHT
### *[21 U.S.C. §841- Possession With Intent to Distribute]*

From on or about December 16, 2010, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

### CARLOS ERICK GAONA

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

## COUNT NINE
### *[21 U.S.C. §841- Possession With Intent to Distribute]*

From on or about February 23, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

### JOSE CESARIO GOMEZ aka Gordo
### ROBERTO GOMEZ-HERNANDEZ aka Taco
### ROBERT STATDLER MITCHELL

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved fifty (50) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, §2]

10

## COUNT TEN
### [18 U.S.C. §1956 - Laundering of Monetary Instruments]

From on or about March 10, 2011 in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**SEVERO GARZA, Jr., aka Capi, aka Manuel Antonio Hernandez-Melendez**

**MARIA DEL PILAR TREVINO**

did knowingly and intentionally, aid, abet and assist each other to transport, transmit, and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to the Republic of Mexico with the intent to promote the carrying on a specified unlawful activity and knowing that the monetary instruments and funds involved in the transportation, transmission and transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, all in violation of 18 U.S.C. §§1956 (a)(2)(A), (a)(2)(B)(i) and Title 18, United States Code, §2.

## COUNT ELEVEN
### *[18 U.S.C. §1956 - Laundering of Monetary Instruments]*

From on or about March 18, 2011 in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**JOSE CESARIO GOMEZ aka Gordo**
**ROBERT STATDLER MITCHELL**

did knowingly and intentionally, aid, abet and assist each other to transport, transmit, and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to the Republic of Mexico with the intent to promote the carrying on a specified unlawful activity and knowing that the monetary instruments and funds involved in the transportation, transmission and transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, all in violation of 18 U.S.C. §§1956 (a)(2)(A), (a)(2)(B)(i) and Title 18, United States Code, §2.

## COUNT TWELVE
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about March 23, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**JOSE CESARIO GOMEZ aka Gordo**
**ROBERTO GOMEZ-HERNANDEZ aka Taco**
**JOSE GUADALUPE GOMEZ-HERNANDEZ aka Lupe**
**ROBERT STATDLER MITCHELL**
**RICHARD JAMES WHITE**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved fifty (50) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, §2.

## COUNT THIRTEEN
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about April 18, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**EDGAR ALONZO BENITEZ aka Chaparro**

███████████████

**MARIO ALBERTO GONZALEZ aka Cookie**
**SEVERO GARZA, Jr., aka Capi, aka Manuel Antonio Hernandez-Melendez**
**JUAN OSCAR RODRIGUEZ aka Cuatro**
**DONACIANO LOPEZ aka Chanis**
**RAFAEL R. RODRIGUEZ aka Rafa**
**KRISTOPHER RYAN ONEAL**

███████████████

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

## COUNT FOURTEEN
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about April 19, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**MARIO ALBERTO GONZALEZ aka Cookie
SEVERO GARZA, Jr., aka Capi, aka Manuel Antonio Hernandez-Melendez
JUAN OSCAR RODRIGUEZ aka Cuatro
ROBERTO NERI VILLARREAL aka Lagrima
RAMON BUSTAMANTE aka Mocho
DONACIANO LOPEZ aka Chanis
HECTOR DAVILA CORTINA
FERNANDO ADRIAN TORRES aka Pelon,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

## COUNT FIFTEEN
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about April 22, 2011, in the Southern District of Texas and elsewhere, and

within the jurisdiction of this Court, the defendants,

**MARIO ALBERTO GONZALEZ aka Cookie
SEVERO GARZA, Jr., aka Capi, aka Manuel Antonio Hernandez-Melendez
JUAN OSCAR RODRIGUEZ aka Cuatro
ROBERTO NERI VILLARREAL aka Lagrima
RAMON BUSTAMANTE aka Mocho
FERNANDO ADRIAN TORRES aka Pelon,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute

a controlled substance. This violation involved one hundred (100) kilograms or more of a

mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and

Title 18, United States Code, §2.

## COUNT SIXTEEN
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about May 27, 2011, in the Southern District of Texas and elsewhere, and

within the jurisdiction of this Court, the defendants,

**JOSE CESARIO GOMEZ aka Gordo
ROBERTO GOMEZ-HERNANDEZ aka Taco
JOSE GUADALUPE GOMEZ-HERNANDEZ aka Lupe,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute

a controlled substance. This violation involved one hundred (100) kilograms or more of a

mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and

Title 18, United States Code, §2.

## COUNT SEVENTEEN
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about June 16, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

### MARIO ALBERTO GONZALEZ aka Cookie
███████████████████

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance.  This violation involved fifty (50) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule 1 controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, §2.

## COUNT EIGHTEEN
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about June 18, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

### MARIO ALBERTO GONZALEZ aka Cookie
███████████████████
### RAFAEL R. RODRIGUEZ aka Rafa
### SAMUEL CAINE JORDAN aka Uncle Sam
███████████████████

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance.  This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and

Title 18, United States Code, §2.

## COUNT NINETEEN
### *[18 U.S.C. §1956 - Laundering of Monetary Instruments]*

From on or about June 20, 2011 in the Southern District of Texas and elsewhere, and

within the jurisdiction of this Court, the defendants,

**MARIO ALBERTO GONZALEZ aka Cookie**

**RAFAEL R. RODRIGUEZ aka Rafa**
**SAMUEL CAINE JORDAN aka Uncle Sam**
**JORGE ENRIQUE GONZALEZ**
**LYDEA GONZALEZ**
**JORGE LUIS GONZALEZ,**

did knowingly and intentionally, aid, abet and assist each other to transport, transmit, and transfer

and attempt to transport, transmit and transfer a monetary instrument and funds from a place in

the United States to the Republic of Mexico with the intent to promote the carrying on a

specified unlawful activity and knowing that the monetary instruments and funds involved in the

transportation, transmission and transfer represent the proceeds of some form of unlawful activity

and knowing that such transportation, transmission, and transfer was designed in whole or in part

to conceal and disguise the nature, the location, the source, the ownership, and the control of the

proceeds of said specified unlawful activity, all in violation of 18 U.S.C. §§1956 (a)(2)(A),

(a)(2)(B)(i) and Title 18, United States Code, §2.

## COUNT TWENTY
### [21 U.S.C. 841- Possession With Intent to Distribute]

From on or about August 8, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,



**GILBERTO MIRANDA PRADO aka Cuate**
**JULIO CESAR LERMA aka Licenciado**
**OSCAR BOBADILLA aka Celestino AYALA-Perez, aka Oscar Valdivia**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

## COUNT TWENTY ONE
### [21 U.S.C. 841- Possession With Intent to Distribute]

From on or about August 25, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**GILBERTO MIRANDA PRADO aka Cuate,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled

substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

## COUNT TWENTY TWO
### *[18 U.S.C. §1956 - Laundering of Monetary Instruments]*

From on or about September 15, 2011 in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

███████████████████

**OSCAR BOBADILLA aka Celestino AYALA-Perez, aka Oscar Valdivia**

███████████████████████

did knowingly and intentionally, aid, abet and assist each other to transport, transmit, and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to the Republic of Mexico with the intent to promote the carrying on a specified unlawful activity and knowing that the monetary instruments and funds involved in the transportation, transmission and transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity., all in violation of 18 U.S.C. §§1956 (a)(2)(A), (a)(2)(B)(i) and Title 18, United States Code, §2.

## COUNT TWENTY THREE
### *[18 U.S.C. §1956 - Laundering of Monetary Instruments]*

From on or about September 18, 2011 in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**ORLANDO HERNANDEZ aka Gordo ,**

did knowingly and intentionally, aid, abet and assist each other to transport, transmit, and transfer and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to the Republic of Mexico with the intent to promote the carrying on a specified unlawful activity and knowing that the monetary instruments and funds involved in the transportation, transmission and transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, all in violation of 18 U.S.C. §§1956 (a)(2)(A), (a)(2)(B)(i) and Title 18, United States Code, §2.

## COUNT TWENTY FOUR
### *[18 U.S.C. 924(c)(1)(A) Carry and Possession of a Firearm During and in Relation to and in Futherance of a Drug Trafficking Crime]*

From on or about September 18, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**ORLANDO HERNANDEZ aka Gordo ,**

did knowingly use and possess and aided, abetted and assisted the possession of a firearm, namely a Taurus handgun caliber 38 serial #LBU 16466, during and in relation to, and in

furtherance of, a drug trafficking crime which may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess a controlled substance with intent to distribute in violation of Title 21, United States Code, Section 846, a Schedule I controlled substance, as alleged in Count One of this indictment, all In violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, §2.

**COUNT TWENTY FIVE**
***[21 U.S.C. 841- Possession With Intent to Distribute]***

From on or about September 30, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

████████████████████

**EDGAR ALONZO BENITEZ aka Chaparro**
**ROSENDO GUERRA aka Gordo, aka Rosendo Guerra-Barrera**
████████

**JOSE ELADIO BENITEZ aka Pipo**
**JOSE SEPULVEDA**
**JESUS ANGEL BENITEZ aka Chuy,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance.  This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

22

## COUNT TWENTY SIX
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about October 15, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**EDGAR ALONZO BENITEZ aka Chaparro**
**ROSENDO GUERRA aka Gordo,  aka Rosendo Guerra-Barrera**
████████████████

**JOSE ELADIO BENITEZ aka Pipo**
**JOSE SEPULVEDA**
**JESUS ANGEL BENITEZ aka Chuy,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

## COUNT TWENTY SEVEN
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about October 25, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

████████████████

**ORLANDO HERNANDEZ aka Gordo,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

23

## COUNT TWENTY EIGHT
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about November 2, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

████████████████████████████

**ORLANDO HERNANDEZ aka Gordo,**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

## COUNT TWENTY NINE
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about November 4, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

████████████████████████████

**JOSE GUADALUPE GOMEZ-HERNANDEZ aka Lupe**
**JULIO CESAR LERMA aka Licenciado**

████████████████████████████

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

24

### COUNT THIRTY
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about November 10, 2011, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,

**JULIO CESAR LERMA aka Licenciado**

did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

### COUNT THIRTY ONE
### *[21 U.S.C. 841- Possession With Intent to Distribute]*

From on or about February 6, 2012, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendants,



did knowingly and intentionally, aid, abet and assist each other to possess with intent to distribute a controlled substance. This violation involved one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B)(vii) and Title 18, United States Code, §2.

25

## NOTICES OF CRIMINAL FORFEITURE

### NOTICE OF CRIMINAL FORFEITURE UNDER
### TITLE 21, UNITED STATES CODE, SECTION 853

Under Title 21, United States Code, Section 853, the United States of America gives

notice to the following defendants:

**EDGAR ALONZO BENITEZ aka Chaparro (Counts 1, 13, 25, 26)**

**MARIO ALBERTO GONZALEZ aka Cookie (Counts 1, 3, 4, 13-15, 17, 18)**

**ROSENDO GUERRA aka Gordo, aka Rosendo Guerra-Barrera (Counts 1, 25, 26)**

**JOSE CESARIO GOMEZ aka Gordo (Counts 1, 9, 12, 16)**
**ROBERTO GOMEZ-HERNANDEZ aka Taco (Counts 1, 9, 12, 16)**

**SEVERO GARZA, Jr., aka Capi,**
**aka Manuel Antonio HERNANDEZ-Melendez (Counts 1, 5, 6, 13-15)**
**GILBERTO MIRANDA PRADO aka Cuate (Counts 1, 20, 21)**
**JUAN OSCAR RODRIGUEZ aka Cuatro (Counts 1, 3-6, 13-15)**
**ROBERTO NERI VILLARREAL aka Lagrima (Counts 1, 3, 5, 6, 14, 15)**
**RAMON BUSTAMANTE aka Mocho (Counts 1, 14, 15)**
**DONACIANO LOPEZ aka Chanis (Counts 1, 13, 14)**
**JOSE GUADALUPE GOMEZ-HERNANDEZ aka Lupe (Counts 1, 12, 16, 29)**
**JULIO CESAR LERMA aka Licenciado (Counts 1, 20, 29, 30)**
**JOSE ELADIO BENITEZ aka Pipo (Counts 1, 25, 26)**
**OSCAR BOBADILLA aka Celestino AYALA-Perez,**
**aka Oscar Valdivia (Counts 1 and 20)**
**ORLANDO HERNANDEZ aka Gordo (Counts 1, 24, 27, 28)**
**RAFAEL R. RODRIGUEZ aka Rafa (Counts 1, 3, 4, 13, 18)**
**KRISTOPHER RYAN ONEAL (Counts 1, 3, 13)**

26

**WILL TOM FOLLIS aka Rojo, aka Red (Counts 1 and 5)**

**ROBERT STATDLER MITCHELL (Counts 1, 9, 12)**
**SAMUEL CAINE JORDAN aka Uncle Sam (Counts 1, 4, 18)**

**CARLOS ERICK GAONA (Counts 1, 5, 6, 8)**
**JOSE SEPULVEDA (Counts 1, 25, 26)**
**JESUS ANGEL BENITEZ aka Chuy (Counts 1, 25, 26)**

**FERNANDO ADRIAN TORRES aka Pelon (Counts 1, 3, 5, 14, 15)**
**FNU LNU aka Big UM (Counts 1, 3, 5, 6)**
**JORGE ENRIQUE GONZALEZ (Count 1)**
**LYDEA GONZALEZ (Count 1)**
**JORGE LUIS GONZALEZ (Count 1)**
**RICHARD JAMES WHITE (Counts 1 and 12)**

**MARIA DEL PILAR TREVINO  (Count 1)**

that, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and

846 as charged in Counts 1, 3-6, 8, 9, 12-18, 20, 21, and 25-31, the United States of America

shall forfeit:

> (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and

> (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

The property to be forfeited includes, but is not limited to, a forfeiture money judgment for which

the defendants may be jointly and severally liable.

## NOTICE OF CRIMINAL FORFEITURE UNDER
## TITLE 18, UNITED STATES CODE, SECTION 982(a)(1)

Under Title 18, United States Code, Section 982(a)(1), the United States of America

gives notice to the following defendants:

**EDGAR ALONZO BENITEZ aka Chaparro (Count 2)**

**MARIO ALBERTO GONZALEZ aka Cookie (Counts 2, 7, 19)**

**ROSENDO GUERRA aka Gordo, aka Rosendo Guerra-Barrera (Count 2)**

**JOSE CESARIO GOMEZ aka Gordo (Counts 2 and 11)**
**ROBERTO GOMEZ-HERNANDEZ aka Taco   (Count 2)**

**SEVERO GARZA, Jr., aka Capi,**
**aka Manuel Antonio HERNANDEZ-Melendez (Counts 2 and 10)**
**GILBERTO MIRANDA PRADO aka Cuate (Count 2)**
**JUAN OSCAR RODRIGUEZ aka Cuatro (Count 2)**
**ROBERTO NERI VILLARREAL aka Lagrima (Count 2)**
**RAMON BUSTAMANTE aka Mocho (Count 2)**
**DONACIANO LOPEZ aka Chanis (Count 2)**
**JOSE GUADALUPE GOMEZ-HERNANDEZ aka Lupe (Count 2)**
**JULIO CESAR LERMA aka Licenciado (Count 2)**
**JOSE ELADIO BENITEZ aka Pipo (Count 2)**
**OSCAR BOBADILLA aka Celestino AYALA-Perez,**
**aka Oscar Valdivia (Counts 2 and 22)**
**ORLANDO HERNANDEZ aka Gordo (Counts 2 and 23)**
**RAFAEL R. RODRIGUEZ aka Rafa (Counts 2, 7, 19)**
**KRISTOPHER RYAN ONEAL (Counts 2 and 7)**

**WILL TOM FOLLIS aka Rojo, aka Red (Count 2)**

28

**ROBERT STATDLER MITCHELL (Counts 2 and 11)**
~~SAMUEL CAINE JORDAN aka Uncle Sam (Counts 2, 7, 19)~~

**CARLOS ERICK GAONA (Count 2)**
**JOSE SEPULVEDA (Count 2)**
**JESUS ANGEL BENITEZ aka Chuy (Count 2)**

**FERNANDO ADRIAN TORRES aka Pelon (Count 2)**
**JORGE ENRIQUE GONZALEZ (Counts 2 and 19)**
**LYDEA GONZALEZ (Counts 2 and 19)**
~~JORGE LUIS GONZALEZ (Counts 2 and 19)~~

**MARIA DEL PILAR TREVINO  (Counts 2 and 10)**

that, upon conviction of an offense in violation of Title 18, United States Code, Section 1956 as

charged in Counts 2, 7, 10, 11, 19, 22, and 23, the United States of America shall forfeit any

property, real or personal, involved in such offense, or any property traceable to such property.

The property to be forfeited includes, but is not limited to, a forfeiture money judgment for which

the defendants may be jointly and severally liable.

## SUBSTITUTE ASSETS PROVISION UNDER
## TITLE 21, UNITED STATES CODE, SECTION 853(p) AND
## TITLE 28, UNITED STATES CODE, SECTION 2461(c)

If any of the property described in the foregoing notices of criminal forfeiture, as a result

of any act or omission of a defendant:

     (a)     cannot be located upon the exercise of due diligence;

     (b)     has been transferred or sold to, or deposited with, a third party;

     (c)     has been placed beyond the jurisdiction of the court;

     (d)     has been substantially diminished in value; or

29

(e)     has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under Title 21,

United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section

981(b)(1) and Title 28, United States Code, Section 2461(c).


A TRUE BILL:

Original Signature on File


FOREPERSON OF THE GRAND JURY


KENNETH MAGIDSON
United States Attorney

By: _____
Eric D. Smith
Assistant United States Attorney


30