AO 458 (Rev. 06/09) Appearance of Counsel

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

OCT - 9 2013

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA )
        *Plaintiff* )
v. )
Jesus Angel Benitez )   Case No. 4:13-CR-597-42
        *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jesus Angel Benitez

Date: 10/9/13

*Attorney's signature*

JOSE MARIA GARZA  24078545
*Printed name and bar number*

206 N. Britton Ave. Ste. B Rio Grande City, TX 78582
*Address*

jmchemagarza@ymail.com
*E-mail address*

(956) 317-1167
*Telephone number*

(866) 922-4714
*FAX number*