# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CASE NO. 4:13-CR-597-6 |
| | § | |
| EDGAR ALONZO BENITEZ | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT**:

Now comes Judith Peña-Morales and hereby files this appearance as Attorney of Record for EDGAR ALONZO BENITEZ, Defendant. Defendant EDGAR ALONZO BENITEZ, retained Judith Peña-Morales, and he consents to Judith Peña-Morales' appearance as attorney of record in this cause.

Respectfully submitted,

**LAW OFFICE OF JUDITH PEÑA-MORALES, P.C.**
120 S. 12TH AVE.
EDINBURG, TX 78539
Tel: (956) 316-3524
Fax: (956) 316-3534

By: /s/ Judith Pena-Morales
JUDITH PEÑA-MORALES
State Bar No. 24013309
Federal I.D. No. 24941

## **CERTIFICATE OF SERVICE**

This is to certify that on October 10, 2013, a true and correct copy of the above Notice of Appearance of Counsel was served on the following:

**Hon. Eric Darnell Smith**
**U.S. Attorney's Office**
**1000 Louisiana**
**Ste 2300**
**Houston, TX 77002**

                                                /s/ Judith Pena-Morales
                                                Judith Peña-Morales