UNITED STATES MAGISTRATE COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CAUSE NO. 4:13-CR-00597-13 |
| | § § § | |
| ROSENDO GUERRA | § | |

APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES GILBERTO FALCON and hereby files this appearance as attorney of record for **ROSENDO GUERRA**, Defendant. Defendant, **ROSENDO GUERRA**, has retained **GILBERTO FALCON**.

LAW OFFICE OF GILBERTO FALCON
404 N. Britton Ave.
Rio Grande City, Texas 78582
(956) 487-6363
(956) 487-6336 Fax

By:_____
GILBERTO FALCON
State Bar No. 24066525

## CERTIFICATE OF SERVICE

I certify that on October 10, 2013, a true and correct copy of **APPEARANCE OF COUNSEL** was served via-filing on **U.S. ATTORNEY OFFICE** in Houston, Texas.

_____
GILBERTO FALCON
ATTORNEY AT LAW