United States District Court
Southern District of Texas
FILED

OCT 16 2013

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS § | CRIMINAL NO. 4:13-CR-00597-41 |
| § | |
| JOSE SEPULVEDA § | |

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

On __16th__ day of October 2013 came on to be considered J.M. "CHUY" ALVAREZ Motion to Withdraw as Counsel, and said motion is hereby:

__✓__ (GRANTED)

_____ (DENIED)

SINGED, on this __16th__ day of October 2013

_____
JUDGE PRESIDING