# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO.   H13-597 |
| | § | |
| WILL TOM FOLLIS | § | |
| aka ROJO aka RED, | § | |
| FRANCISCO JAVIER MERCADO | § | |

## MOTION TO UNSEAL ~~SUPERSEDING~~ CRIMINAL INDICTMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the United States of America, by and through its United States Attorney, Ken

Magidson, and Eric D. Smith, Assistant United States Attorney for the Southern District of Texas and

respectfully moves this Honorable Court to unseal the Criminal Indictment as to Will Tom Follis and

Francisco Javier Mercado.

Respectfully submitted,

KEN MAGIDSON,
UNITED STATES ATTORNEY

By: _____

Eric D. Smith
Assistant United States Attorney
(713) 567-9307