UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § |
| vs. | § CRIMINAL NO. H13-597 <br> § |
| WILL TOM FOLLIS <br> aka ROJO aka RED, <br> FRANCISCO JAVIER MERCADO | § <br> § <br> § |

## ORDER

IT IS the Order of this Court that the Criminal Indictment be unsealed as to as to Will Tom Follis and Francisco Javier Mercado.

Done at Houston, Texas on this 22nd day of October, 2013.

_____
FRANCES STACY
UNITED STATES MAGISTRATE JUDGE